COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re William Andrew Allen, Relator

Appellate case number:   01-19-00507-CR, 01-19-00508-CR, 01-19-00535-CR, 01-19-
                         00536-CR, 01-19-00537-CR, 01-19-00538-CR, 01-19-00539-
                         CR, 01-19-00540-CR, 01-19-00541-CR, 01-19-00542-CR,
                         01-19-00543-CR

Date Motion Filed:       August 30, 2019

Party Filing Motion:     Relator, William Andrew Allen

 

      A majority of the panel has voted to **deny** rehearing.


Judge's signature: ____/s/ Sherry Radack____
        ☐ Acting individually    ☒ Acting for the Court


Date: __November 21, 2019___